UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: **Jan Koniecko**
**Marianna Koniecko**
**Debtor**

Case No. 12-04739

## DEBTOR'S DECLARATION REGARDING
## DOMESTIC SUPPORT OBLIGATIONS
### (REQUIRED TO OBTAIN CHAPTER 13 DISCHARGE UNDER §1328(a))

I certify (check one):

☒ During the pendency of this bankruptcy case, I have not been required to pay a domestic support obligation by any order of a court or administrative agency or by any statute.

☐ During the pendency of this bankruptcy case, I have paid all domestic support obligations that have become due under any order of a court or administrative agency or under any statute.

*If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information, and belief.

_Jan Koniecko_ (signature)   07/23/13
Signature of Debtor           Dated

**Jan Koniecko**
Name of Debtor (Printed)

Note: This form must be completed and filed with the court in order for the debtor to receive a discharge under §1328(a). In joint cases, the form must be completed and filed by each debtor.

Revised 05/01/09, jmd